UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTINE MARIE WALENDY,**

**Plaintiff,**

**v.** **Case No: 6:14-cv-926-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

______________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Complaint (Doc. 1) filed on June 16, 2014, seeking judicial review under 42 U.S.C. § 405(g) of a final decision by the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff's application for Supplemental Social Security Income benefits. United States Magistrate Judge Gregory J. Kelly filed a Report and Recommendation (Doc. 17) on August 14, 2015, recommending that the Commissioner's final decision be reversed and that this case be remanded for further proceedings consistent with the Report and Recommendation.

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's final decision is **REVERSED** and this case is **REMANDED** for further proceedings consistent with the Report and Recommendation and this Order.

3. The Clerk is directed to enter judgment accordingly and close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 8, 2015.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Page **2** of **2**