UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CHRISTINE MARIE WALENDY,**

      **Plaintiff,**

v.                                                      **Case No:  6:14-cv-926-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 20). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 21), which recommends that the motion be granted in part and that Plaintiff be awarded $3,359.86 in attorney's fees. (R. & R. at 3). The parties' filed a Joint Statement (Doc. 22) noting that they do not have any objections to the Report and Recommendation.

After an independent *de novo* review of the record and noting that the parties' have no objections, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Uncontested Motion for Attorney's Fees (Doc. 20) is **GRANTED in part**.

3. Plaintiff is awarded $3,359.86 in attorney's fees.

4. The Court authorizes, but does not require, payment to be made directly to Plaintiff's counsel if it is determined that Plaintiff does not owe a debt to the Government.

**DONE** and **ORDERED** in Orlando, Florida on December 18, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record